Scott Smith & Janel Donnelley, *Plaintiffs*
458 N. New Haven
Mesa, AZ 85205

IN THE UNITED STATES DISTRICT COURT
OF ARIZONA

**SCOTT SMITH;**
**JANEL DONNELLEY**
    *Plaintiff*(s)

vs.

**WELLS FARGO BANK N.A.;**
**PREMIER FINANCIAL SERVICES**
**INC.**

    *Defendant*(s)

CASE NO: 2:12-cv-02333-GMS

JUDGE G. MURRAY SNOW

PLAINTIFFS MOTION FOR VOLUNTARY DISMISSAL

    Plaintiffs Scott Smith & Janel Donnelley brings their Voluntary Dismissal of the above titled action.

Therefore Plaintiffs will pursue their claims against each of the defendants, in a court of competent jurisdiction at a future date. Plaintiffs Voluntary Dismissal is without prejudice.

PLAINTIFF VOLUNTARY DISMISSAL
- 1 -

1 | Dated: March 8, 2013

*[signature]*
Scott Smith, *Plaintiff*

*[signature]*
Janel Donnelley, *Plaintiff*