# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Scott Smith; Janel Donnelley, | |
| Plaintiffs, | **JUDGMENT IN A CIVIL CASE** |
| v. | CIV 12-2333-PHX-GMS |
| Wells Fargo, NA; Premier Financial Service, Inc.; et al, | |
| Defendants, | |

___  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_XX_  **Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED  that pursuant to the Court's Order of March 15, 2013, granting Plaintiffs' Motion for Voluntary Dismissal, judgment is hereby entered in favor of Defendants. Plaintiffs shall take nothing by way of the Amended Complaint. The Amended Complaint and this action are hereby dismissed without prejudice.

| | |
|---|---|
| __March   15,   2013__ | BRIAN   D.   KARTH |
| Date | DCE/Clerk of Court |
| | |
| | _. s/   Ruth E. Williams_ |
| | By     Ruth E. Williams |
| | Deputy Clerk |